IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARTA MICROBATTERY GMBH,<br><br>    Plaintiff,<br> v. | |
| GUANGDONG MIC-POWER NEW ENERGY CO., LTD., | Civil Action No. 2:21-cv-00036-JRG<br>LEAD CASE |
| AUDIO PARTNERSHIP LLC and AUDIO PARTNERSHIP PLC d/b/a CAMBRIDGE AUDIO, | Civil Action No. 2:21-cv-00037-JRG<br>MEMBER CASE |
| PEAG, LLC d/b/a JLAB AUDIO,<br><br>Defendants. | Civil Action No. 2:21-cv-00038-JRG<br>MEMBER CASE |

**PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order (Dkt. No. 46), Plaintiff VARTA Microbattery GmbH and Defendants Guangdong Mic-Power New Energy Co., Ltd., PEAG, LLC d/b/a JLab Audio, and Audio Partnership LLC and Audio Partnership PLC d/b/a Cambridge Audio respectfully submit this Joint Claim Construction Chart for the disputed claim terms of U.S. Patent No. 9,153,835 (Exhibit A), U.S. Patent No. 9,496,581 (Exhibit B), U.S. Patent No. 9,799,913 (Exhibit C), U.S. Patent No. 9,799,858 (Exhibit D), U.S. Patent No. 10,804,506 (Exhibit E), and U.S. Patent No. 10,971,776 (Exhibit F).[1]

---

[1] Plaintiff did not assert the first four patents against PEAG, LLC d/b/a JLab Audio, and Audio Partnership LLC and Audio Partnership PLC d/b/a Cambridge Audio in the above-referenced actions, but did so in earlier filed cases, which have been stayed pending *inter partes* review ("IPR"). *See* Cases Nos. 2:20-cv-00071 and 2:20-cv-00138.

Dated: December 21, 2021 　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Paul A Ragusa* | */s/ H. Michael Hartmann* |
| Paul A. Ragusa | H. Michael Hartmann *(admitted pro hac vice)* |
| New York Bar No 2591162 | IL State Bar No. 1146130 |
| paul.ragusa@bakerbotts.com | Wesley O. Mueller *(admitted pro hac vice)* |
| Jennifer C. Tempesta | IL State Bar No. 6199650 |
| New York Bar No. 4397089 | Robert T. Wittmann *(admitted pro hac vice)* |
| jennifer.tempesta@bakerbotts.com | IL State Bar No. 6273264 |
| **BAKER BOTTS L.L.P.** | J. Karl Gross *(admitted pro hac vice)* |
| 30 Rockefeller Plaza | IL State Bar No. 6275041 |
| New York, NY 10112 | LEYDIG, VOIT & MAYER, LTD. |
| 212-408-2500 | Two Prudential Plaza |
| | 180 North Stetson Avenue, Suite 4900 |
| Melissa R. Smith | Chicago, IL 60601 |
| Texas Bar No. 24001351 | 312-616-5600 |
| GILLAM & SMITH L.L.P. | mhartmann@leydig.com |
| 303 South Washington Avenue | wmueller@leydig.com |
| Marshall, Texas 75670 | bwittmann@leydig.com |
| (903) 934-8450 | kgross@leydig.com |
| melissa@gillamsmithlaw.com | |
| | Andrew W. Stinson |
| *Attorneys for Defendants* | State Bar No. 24028013 |
| *Guangdong Mic-Power New Energy* | RAMEY & FLOCK, PC |
| *Co., Ltd., Audio Partnership LLC,* | 100 E. Ferguson Street, Suite 404 |
| *Audio Partnership PLC d/b/a Cambridge* | Tyler, TX 75702 |
| *Audio, and PEAG, LLC d/b/a JLab Audio.* | 903-597-3301 |
| | andys@rameyflock.com |
| | |
| | *Attorneys for VARTA Microbattery GmbH* |

## CERTIFICATE OF SERVICE

 I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via CM/ECF on December 21, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew W. Stinson*