IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARTA MICROBATTERY GMBH,<br><br>*Plaintiff*,<br><br>v.<br><br>GUANGDONG MIC-POWER NEW ENERGY CO., LTD.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.  2:21-CV-00036-JRG<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Docket Control Order and Discovery Order (the "Motion") filed by Plaintiff VARTA Microbattery GmbH ("VARTA") and Defendants Audio Partnership LLC and Audio Partnership PLC d/b/a Cambridge Audio ("Cambridge"). (Dkt. No. 31). In the Motion, the parties seek a one-week extension to file their proposed Docket Control Order and Discovery Order.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the deadline for the parties to file their proposed Docket Control Order and Discovery Order is **extended** by one week.

So ORDERED and SIGNED this 15th day of March, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE