IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:21-cv-00036-JRG |
| | § | |
| GUANGDONG MIC-POWER NEW | § | |
| ENERGY CO., LTD. | § | |
| *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Wednesday, April 6, 2022, between Plaintiff, **VARTA Microbattery GmbH,** and Defendants, **Guangdong Mic-Power New Energy Co., Ltd.** and **PEAG, LLC d/b/a JLab Audio**. The mediation session was unsuccessful.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 7th day of April 2022.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 7th day of April 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom*
> David Folsom