# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VARTA MICROBATTERY GMBH,<br><br>*Plaintiff*,<br><br>v.<br><br>GUANGDONG MIC-POWER NEW ENERGY CO., LTD.,<br><br>*Defendant*. | § § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:21-CV-00036-JRG<br>(LEAD CASE) |
| AUDIO PARTNERSHIP LLC, AUDIO PARTNERSHIP PLC D/B/A CAMBRIDGE AUDIO,<br><br>*Defendants*. | § § § § § § § § §   CIVIL ACTION NO. 2:21-CV-00037-JRG<br>(MEMBER CASE) |
| PEAG, LLC D/B/A JLAB AUDIO,<br><br>*Defendant*. | § § § § § § §   CIVIL ACTION NO. 2:21-CV-00038-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion") filed by VARTA Microbattery GmbH ("Plaintiff") and Defendants Audio Partnership LLC and Audio Partnership PLC d/b/a Cambridge Audio (collectively, "Cambridge"). (Dkt. No. 183.) In the Motion, the parties represent that they have executed a settlement agreement and seek dismissal with prejudice of all claims asserted by VARTA against Cambridge. (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted against

Defendants Audio Partnership LLC and Audio Partnership PLC d/b/a Cambridge Audio in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The above-captioned case is to remain **OPEN** in light of the remaining parties and claims.

**So ORDERED and SIGNED this 16th day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE