**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VARTA MICROBATTERY GMBH, <br><br> v. <br><br> GUANGDONG MIC-POWER NEW ENERGY CO., LTD. | CASE NO. 2:21-cv-00036-JRG <br><br> **LEAD CASE** <br> **JURY TRIAL DEMANDED** |
| VARTA MICROBATTERY GMBH, <br> v. <br> PEAG, LLC d/b/a JLAB AUDIO | CASE NO. 2:21-cv-00038-JRG <br><br> **MEMBER CASE** <br> **JURY TRIAL DEMANDED** |

## VARTA MICROBATTERY GMBH'S UNOPPOSED MOTION TO REDACT PORTIONS OF PRETRIAL CONFERENCE TRANSCRIPT

Plaintiff VARTA Microbattery GmbH ("VARTA"), pursuant to Federal Rule of Civil Procedure 5.2(e), respectfully moves for an order by this Court that limited redactions be made to portions of THE transcript of the Pre-Trial Conference held on April 26, 2022.  Good cause supports this motion because certain portions of the transcript reveal confidential and proprietary financial and business information of VARTA, the Defendants, and/or third parties.  For example, the transcript includes arguments and information regarding the terms of a confidential agreement between VARTA and third-party Samsung Electronics America at, for example, page and line numbers 60:23-25 and 64:13-65:11.  The transcript also includes market share information of certain of VARTA's customers at, for example, 68:15-69:7 and 69:24-70:2.  The transcript further reflects detailed information that underlies the damages assertions made in this case which in turn reveals confidential sales and pricing data of the parties at, for example, 72:5-73:9.

1

The requested redactions have been narrowly tailored to redact only the confidential and/or proprietary information of VARTA, the Defendants, or third parties that could have a negative competitive or economic impact on them.  Furthermore, the redactions have been made to only those portions of the transcript of the Pretrial Conference during which the Court had sealed the courtroom to protect such confidential and/or proprietary information.  Accordingly, it does not appear that the public has a significant interest in the information that VARTA requests be redacted or would otherwise be impacted by such redactions.

Accordingly, VARTA respectfully requests redaction of the following page and line numbers of the April 26, 2022 transcript of the Pretrial Conference:

| Beginning Page : Line Number – Ending Page : Line Number |
|---|
| 55:2-58:9 |
| 61:23-62:9 |
| 60:23-61:4 |
| 63:24-64:12 |
| 64:13-65:12 |
| 68:1-68:14 |
| 68:15-69:7 |
| 69:17-18 |
| 69:19-21 |
| 69:24-70:2 |
| 70:21-71:12 |
| 71:15-71:23 |
| 72:5-73:9 |
| 74:7-13 |
| 74:18-75:15 |
| 78:11-25 |
| 80:5-15 |
| 80:24-81:6 |

Date:  May 25, 2022                    Respectfully Submitted,

*/s/ Andrew W. Stinson*
H. Michael Hartmann (admitted *pro hac vice*)
IL State Bar No. 1146130
Wesley O. Mueller (admitted *pro hac vice*)
IL State Bar No. 6199650
Robert T. Wittmann (admitted *pro hac vice*)
IL State Bar No. 6273264
Paul J. Filbin (admitted *pro hac vice*)
IL State Bar No. 6269733
J. Karl Gross (admitted *pro hac vice*)
IL State Bar No. 6275041
Michael J. Schubert (admitted *pro hac vice*)
IL State Bar No. 6313930
LEYDIG, VOIT &MAYER, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
312-616-5600
312-616-5700 fax
mhartmann@leydig.com
wmueller@leydig.com
bwittmann@leydig.com
pfilbin@leydig.com
kgross@leydig.com
mschubert@leydig.com

Andrew W. Stinson
State Bar No. 24028013
Chelsea Milam
State Bar No. 24110538
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 404
Tyler, TX 75702
903-597-3301
903-597-2413 fax
astinson@rameyflock.com
chelseam@rameyflock.com

*Attorneys for VARTA Microbattery GmbH*

**<u>Certificate of Service</u>**

The undersigned certifies that on May 25, 2022, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew W. Stinson*_____
Andrew W. Stinson

**<u>Certificate of Conference</u>**

The undersigned hereby certifies that Counsel for Plaintiff conferred via electronic mail with Counsel for Defendants on May 25, 2022 regarding the foregoing motion and Defendants do not oppose the relief requested herein.

*/s/ Andrew W. Stinson*_____
Andrew W. Stinson
