### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| VARTA MICROBATTERY GMBH,<br><br>v.<br><br>GUANGDONG MIC-POWER NEW ENERGY CO., LTD. | CASE NO. 2:21-cv-00036-JRG<br><br>**LEAD CASE**<br>**JURY TRIAL DEMANDED** |
| VARTA MICROBATTERY GMBH,<br><br>v.<br><br>PEAG, LLC d/b/a JLAB AUDIO | CASE NO. 2:21-cv-00038-JRG<br><br>**MEMBER CASE**<br>**JURY TRIAL DEMANDED** |

**Joint Motion to Stay All Deadlines and Notice of Settlement**

Pursuant to the Court's Standing Order, as well as the Court's request on June 2, 2022 for a joint notice regarding case status, Plaintiff VARTA Microbattery GmbH and Defendants Guangdong Mic-Power New Energy Co., Ltd. and PEAG, LLC d/b/a JLab Audio (collectively, the "Parties") respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that they have reached a settlement in principle (which was reached approximately 30 minutes prior to this filing) resolving the matters in controversy between them in the above-styled actions.  The Parties request that the Court stay all deadlines and settings in said actions for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated: June 2, 2022

/s/ Andrew W. Stinson
H. Michael Hartmann (admitted *pro hac vice*)
IL State Bar No. 1146130
Wesley O. Mueller (admitted *pro hac vice*)
IL State Bar No. 6199650
Robert T. Wittmann (admitted *pro hac vice*)
IL State Bar No. 6273264
J. Karl Gross (admitted *pro hac vice*)
IL State Bar No. 6275041
LEYDIG, VOIT &MAYER, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
312-616-5600
312-616-5700 fax
mhartmann@leydig.com
wmueller@leydig.com
bwittmann@leydig.com
kgross@leydig.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 404
Tyler, TX 75702
903-597-3301
903-597-2413 fax
astinson@rameyflock.com

**Attorneys for VARTA Microbattery GmbH**

Respectfully submitted,

/s/ J. Travis Underwood
Melissa R. Smith
Texas Bar No. 24001351
J. Travis Underwood
Texas Bar No. 24102587
melissa@gillamsmithlaw.com
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
903-934-8450
903-934-9257 fax

Paul Ragusa
NY Bar No. 2591162
paul.ragusa@bakerbotts.com
Jennifer Tempesta
NY Bar No. 4397089
jennifer.tempesta@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112

**Attorneys for Defendants**

**Certificate of Service**

I hereby certify that all counsel of record who have consented to electronic service are

being served with a copy of this document via CM/ECF on June 2, 2022.

/s/ Andrew W. Stinson
Andrew W. Stinson

2

**Certificate of Conference**

I hereby certify that Counsel for Plaintiff and Counsel for Defendants Guangdong Mic-Power New Energy Co., Ltd. and PEAG, LLC d/b/a JLab Audio have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion.  The Parties are in agreement as to the relief sought herein.

/s/ Andrew W. Stinson
Andrew W. Stinson